PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:05CR00297-01** |
| ) | |
| **Christopher K. STIRK** ) | |
| ) | |

On January 20, 2005, the above-named was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   Cynthia J. Mazzei

**CYNTHIA J. MAZZEI
United States Probation Officer**

Dated:    June 19, 2006
          Sacamento, California

**REVIEWED BY:**    /s/   Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS
Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   STIRK, CHRISTOPHER K.
Docket Number:   2:05CR00297-01
ORDER TERMINATING SUPERVISED RELEASE
<u>PRIOR TO EXPIRATION DATE</u>**

---

### ORDER OF COURT

It is ordered that Christopher K. STIRK be discharged from supervised release, and that the proceedings in the case be terminated.

June 19, 2006
**Date**

**LAWRENCE K. KARLTON
 United States District Judge**

CJM:jz
Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office